IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

RICHARD WILLIS CONKLIN, #K9517                                    PLAINTIFF

VERSUS                              CIVIL ACTION NO.   4:07cv141-TSL-LRA

E.M.C.F. MEDICAL PERSONNEL                                        DEFENDANT

ORDER

The plaintiff, an inmate currently incarcerated in the East
Mississippi Correctional Facility, Meridian, Mississippi, filed
this complaint pursuant to 42 U.S.C. § 1983.  In his initial
complaint, the plaintiff named as the defendant E.M.C.F. Medical
Personnel.  The plaintiff was ordered [5] on November 7, 2007, to
file a written response and provide the specific names of the
individuals who allegedly denied him medical care.  In his
response [7] filed November 15, 2007, the plaintiff requests that
the following individuals be added as defendants in the instant
civil action:  Nurse Woo, Nurse Nadder, Nurse Kelly, Nurse Carter
and Nurse Atwood.  Upon review of the plaintiff's complaint and
response [7], it is hereby,

ORDERED AND ADJUDGED that the clerk add as defendants the
following:  Nurse Woo, Nurse Nadder, Nurse Kelly, Nurse Carter
and Nurse Atwood.

IT IS FURTHER ORDERED that E.M.C.F. Medical Personnel be
dismissed as a defendant.

IT IS FURTHER ORDERED AND ADJUDGED that the plaintiff within
20 days of the date of this order shall provide this court with

the civil action number of every civil action or appeal which the

plaintiff has had dismissed on the grounds that it is frivolous,

malicious or fails to state a claim upon which relief may be

granted.  Plaintiff shall also provide the name of the court and

name(s) of defendant(s) in each civil action identified.

IT IS FURTHER ORDERED that the United States District Clerk

is hereby directed to issue summons to the defendants,

> **NURSE WOO**
> East Mississippi Correctional Facility
> 10641 Highway 80 West
> Meridian, MS 39304
>
> **NURSE NADDER**
> East Mississippi Correctional Facility
> 10641 Highway 80 West
> Meridian, MS 39304
>
> **NURSE KELLY**
> East Mississippi Correctional Facility
> 10641 Highway 80 West
> Meridian, MS 39304
>
> **NURSE CARTER**
> East Mississippi Correctional Facility
> 10641 Highway 80 West
> Meridian, MS 39304
>
> **NURSE ATWOOD**
> East Mississippi Correctional Facility
> 10641 Highway 80 West
> Meridian, MS 39304

requiring a response to the complaints.  The clerk is directed to

attach a copy of this order, a copy of the order [5] filed

November 7, 2007, directing the plaintiff to file a response and

a copy of the response [7] filed November 15, 2007, to each

complaint that will be served on the named defendant(s).  The

United States Marshal shall serve the same pursuant to 28 U.S.C. § 1915(d).

IT IS FURTHER ORDERED that the defendant(s) file his answer or other responsive pleading in this cause in accordance with the *Federal Rules of Civil Procedure* and the Local Rules of this Court.

IT IS FURTHER ORDERED that subpoenas shall not be issued except by order of the court.  The United States District Clerk shall not issue subpoenas upon request of the pro se litigant, but shall instead forward the request to the Magistrate Judge assigned to this cause for review.  The plaintiff shall submit all request for the issuance of subpoenas to this office for review.

**The plaintiff should understand that this order allowing process to issue against the above named defendants does not reflect any opinion of this court that the claims contained in the complaint will or will not be determined to be meritorious.**

It is the plaintiff's responsibility to prosecute this case. Failure to advise this court of a change of address or failure to comply with any order of this court will be deemed as a purposeful delay and contumacious act by the plaintiff and may result in the dismissal of this case.

THIS the 20th day of November, 2007.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

3