IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

RICHARD CONKLIN                                                                    PLAINTIFF

V.                                                          CIVIL ACTION NO. 4:07cv141-TSL-LRA

EVELYN WOOTEN, *et al.*                                                          DEFENDANTS

---

### AGREED ORDER OF DISMISSAL

---

The parties appeared before the Court on this date for an Omnibus Hearing, and the plaintiff made an *ore tenus* motion to voluntarily dismiss his case. The defendant had no objection to such dismissal.

IT IS, THEREFORE, ORDERED that this case is dismissed with prejudice.

SO ORDERED, this the 10th day of April, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

_____
Plaintiff

_____
Defendant